PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Franklin Menoscal                    Cr.: 08-00734-001
                                                       PACTS #: 50148

Name of Sentencing Judicial Officer:    THE HONORABLE ESTHER SALAS
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/11/2009

Original Offense:    Heroin Importation, 21 USC 952

Original Sentence: 87 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment

Type of Supervision: Supervised Release            Date Supervision Commenced: 09/28/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   On November 14, 2018, Menoscal was subject to a polygraph examination pertaining to his activity while on supervised release. The following questions were asked: "Since being under supervision, have you had sexual contact with any minors?", "Since being under supervision, have you forced anyone to have sexual contact with you?" and "Since being under supervision, have you had sexual contact with any of your relatives?" After careful analysis, the examiner concluded that the offender showed deception.

                    On December 7, 2018, following the receipt of the polygraph results, the undersigned met with the offender and discussed the results. He adamantly denied having forceful or willful sexual contact with any minors or relatives.

**U.S. Probation Officer Action:**

The probation office will continue to closely monitor the offender and his community associations via unannounced home visits, collateral contact with family, treatment providers, and State Parole. If we discover any non-compliance, we will notify Your Honor immediately.

Respectfully submitted,

By: Ivettelis Perez
U.S. Probation Officer
Date: 12/10/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[✓] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer
Esther Salas, U.S.D.J.

December 17, 2018
Date